UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL IZELL SEALS,

    Petitioner,

vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

No. C 10-2594 PJH (PR)

**ORDER OF DISMISSAL**

    This pro se habeas action was filed on June 11, 2010. On that same day the court notified petitioner that he had neither paid the five dollar filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

    This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

    **IT IS SO ORDERED.**

Dated: July 28, 2010.

                                     PHYLLIS J. HAMILTON
                                     United States District Judge

P:\PRO-SE\PJH\HC.10\SEALS2594.DSM-IFP.wpd